APR 21 2026 PM4:42
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:26-cr-146-RAL-AAS
8 U.S.C. § 1326(a)
(Illegal Re-Entry by Deported
Alien)

LUIS ENRIQUE CORTEZ-ORO

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about ~~March 10, 2026~~ April 17, 2026 YD / BJ, in the Middle District of Florida, the defendant,

LUIS ENRIQUE CORTEZ-ORO,

being an alien of the United States, and was thereafter deported, excluded, and

removed from the United States on or about ~~February 27, 2013~~ December 20, 2017 YD / BJ, and who had not

received the consent of the Attorney General or the Secretary of Homeland Security

to reapply for admission to the United States, was found to be voluntarily in the

United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Yara Dodin
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crime and Racketeering
Section

2

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LUIS ENRIQUE CORTEZ-ORO

INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill

Foreperson

Filed in open court this 21st day

of April, 2026.

Clerk

Bail $_____

GPO 863 525