UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:26-Cr-145-RAL-SPF

RAUL MARTINEZ-MARTINES

_____/

## NOTICE OF APPEARANCE

**COMES NOW**, RYAN MAGUIRE, attorney for RAUL MARTINEZ-MARTINES, hereby enters his appearance on behalf of said defendant in the above-captioned case.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, RAUL MARTINEZ-MARTINES, the above-named defendant, do hereby waive my right to be present at arraignment and enter this written plea of not guilty to the charges set out in the indictment filed in this case.  I hereby state that I have received a copy of said indictment.

Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

Raul Martinez-Martines

Date: 4/24/2026

## REQUEST FOR DISCOVERY

COMES NOW, RAUL MARTINEZ-MARTINES, by and through undersigned counsel, hereby gives notice that he requests discovery provided by Rule 16, Federal Rules of Criminal Procedure.

Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _24th_ day of April, 2026, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to the Assistant United States Attorney Yara Dodin, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

Ryan J. Maguire
Assistant Federal Public Defender