# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| CASE NO.: | 8:26-cr-145-RAL-SPF | DATE: | April 29, 2026 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAUL MARTINEZ-MARTINES | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Yara Dordin, AUSA (Not present) | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD (Not present) | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 11:01 AM- 11:02 AM | **TOTAL:** 1 MIN | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 11B |

## PROCEEDINGS: Arraignment on Indictment

The Defendant filed a Waiver of Presence at Arraignment, entered a not-guilty plea, and acknowledged receiving the charging document (Doc. 16).

The Court entered an Endorsed Order granting Defendant's Waiver of Presence at Arraignment and notice that the Government's and the Defendant's attorneys were not required to attend the Arraignment (Doc. 17).

The Court enters the Arraignment for the Indictment on the record.

Trial Term: July 6, 2026, at 9:00 AM, before RAL
Status Conference: June 12, 2026, at 9:00 AM, before RAL

Court Oral Order: The government is to provide Rule 16(a) Discovery, and the Defendant is to provide Rule 16(b) Discovery.

The Pretrial Discovery Order is to be entered by Magistrate Judge Flynn.