UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:26-cr-145-RAL-SPF

RAUL MARTINEZ-MARTINES

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Yara Dodin.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Belkis H. Callaos
       Belkis H. Callaos
       Assistant United States Attorney
       Florida Bar No. 1004413
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Belkis.Callaos@usdoj.gov

**U.S. v. Martinez-Martines**                    **Case No. 8:26-cr-145-RAL-SPF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Counsel of Record

<div style="margin-left: 40%;">

/s/ *Belkis H. Callaos*
Belkis H. Callaos
Assistant United States Attorney
Florida Bar No. 1004413
400 North Tampa Street, Suite 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Belkis.Callaos@usdoj.gov

</div>

2