**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

     Plaintiff;                              **Case No.:** 8:26-cr-00145-RAL-SPF-1

v.

**RAUL MARTINEZ-MARTINES,**

     Defendant.

_____/

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned attorney and hereby makes this his appearance as counsel in the above captioned case.

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system which will send a copy of the same and electronic notice of this filing to all counsel of record.

Dated May 28, 2026

**_s/Jose Rodriguez_**
**Jose Rodriguez, Esq.**
Florida Bar No. 0915262
**The Rivas Law Firm, P.A.**
Attorneys for Defendant
1500 Lee Road
Suite 200
Orlando, FL  32810
Phone: (407) 644-2466
Email: info@rivaslawfirm.com
