**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                       **Case No. 8:26- cr-145-RAL-SPF**

**JOSE RAUL MARTINEZ-MARTINES**
_____/

**MOTION TO WITHDRAW
AS COUNSEL OF RECORD**

Pursuant to Local Rule 2.02(c), undersigned counsel and the Office of the Federal Defender move to withdraw as counsel of record for Defendant Jose Raul Martinez-Martines, and in support state:

1.      On April 10, 2026, during the initial appearance, this Court provisionally appointed Federal Defender's Office to represent Mr. Martinez-Martines.Doc. 8.

2.      On May 28, 2026, PA Jose Rodriguez filed a Notice of Appearance to represent Mr. Martinez-Martines. Doc.28.

3.      Undersigned counsel is now moving to withdraw as counsel because counsel Rodriguez has been appointed. Local Rule 2.02(c) requires that counsel cannot withdraw without leave of court.

4.      Mr. Martinez-Martines consents to undersigned counsel withdrawing.

**WHEREFORE**, undersigned counsel moves for an Order allowing undersigned counsel and the Office of Federal Defender to withdraw as counsel of record.

DATED this 1st day of June 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Jose Rodriguez, Esq.

Yara Dodin, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender

3